

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shavonda Hawkins | Civil Action No.   15CV2320-JM-BLM |
| Plaintiff, | |
| V. | |
| The Kroger Company | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because Plaintiff has failed to sufficiently establish California's statutory standing requirements, the court dismisses the complaint.  As there are no circumstances under which Plaintiff can establish statutory standing, the complaint is dismissed with prejudice.  The Clerk of Court is instructed to close the file.

Date:   3/18/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D. Sutton
D. Sutton, Deputy