**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
ANDREW C. HAMILTON (299877)
*andrew@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:    (619) 343-2789

<u>**Counsel for Plaintiff**</u>

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE KROGER COMPANY,<br><br>　　　　　Defendant. | Case No: 3:15-CV-2320-JM-BLM<br>Pleading Type: Class Action<br><br>**CLRA VENUE AFFIDAVIT**<br><br>Judge: The Honorable Jeffrey T. Miller |

I, Shavonda Hawkins, declare under penalty of perjury as follows:

1. I am the plaintiff in this action. I make this affidavit pursuant to California Civil Code Section 1780(d).

2. The Complaint is filed in the proper place for the trial of this action because I purchased the Kroger Bread Crumbs described in the complaint in San Diego County.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: 2-18-19

Shavonda Hawkins

---

*Hawkins v. The Kroger Company*, Case No: 3:15-2320-JM-BLM
CLRA VENUE AFFIDAVIT