UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>　　　　　　　　　　　　　Defendant. | Case No.:  3:15-cv-2320-JM-AHG<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE**<br><br>[ECF No. 96] |

This matter comes before the Court on the parties' Joint Motion to Modify Briefing Schedule (ECF No. 96) in connection with Plaintiff's pending Motion to Compel (ECF No. 88). Upon review, and for good cause shown, the Court **GRANTS** the Joint Motion. Accordingly, the briefing schedule is modified as follows:

(1) Defendant's opposition brief to Plaintiff's Motion to Compel is due by **February 5, 2020**.

(2) Plaintiff's reply brief is due by **February 12, 2020**.

**IT IS SO ORDERED.**

Dated: January 28, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge