**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Counsel for Plaintiff**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No: 3:15-cv-02320-JM-AHG<br><br>**DECLARATION OF SHAVONDA HAWKINS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: The Honorable Jeffery T. Miller<br>Date: March 2, 2020<br>Time: 10:00 a.m.<br>Location: Courtroom 5D |

I, Shavonda Hawkins, declare:

1. I understand that as a lead plaintiff in this action, I am representing the interests of consumers, like myself, and that I have a duty to represent absent class members.

2. I understand that my duties as a class representative include giving testimony at a deposition, and at trial if necessary. I also understand that I should only accept a settlement I believe is in the class's best interests. I take my obligations as a class representative seriously and intend to abide by them. I trust my lawyer to give me good advice because I know he has been doing trans fat cases for a long time and has been appointed by judges in trans fat cases as class counsel.

3. I have actively participated in discovery in this action. Specifically, I sat for a deposition on January 3, 2020. Last year I searched my e-mail, computer hard drive, personal files, and my Facebook history for documents responsive to Kroger's Requests for Production and provided these documents to my attorney. I also provided Kroger with pictures of my all the food products in my refrigerator and kitchen cabinets in response to discovery requests.

4. When I purchased Kroger Bread Crumbs, I read and believed the product's "0g trans fat" claim as one of the reasons for my purchases. When I learned it wasn't true a few months before filing this case, I stopped buying them and switched to other brands. If I had known the "0g trans fat" claim wasn't true, I would have started buying those other brands instead of Kroger's such sooner. Further, I never would have purchased Kroger Bread Crumbs had I known that they were not safe to consume.

5. I attended the 9:30am Settlement Conference on February 24, 2020 and left at 10:45 after getting permission from Judge Goddard. Normally, I would be able to take off my second afternoon shift, which begins at 11:15am. However, currently Chula Vista schools have both a bus driver short-staffing situation and have also been having a lot of winter illnesses.

6. My job will not stop me from preparing for and testifying at a trial in this case. I don't have quite the flexibility as some people, but there is no way I will miss attending this trial about a case I have been doing for five years and is important to me.

7. I misspoke at the deposition when I said I met my lawyer in person several times in person about the case, but did not communicate in other ways. I have of course spoken to him many times by telephone, e-mail, and text message. Just in the year 2019, we exchanged cell phone text messages on:

- February 18
- February 25
- May 1
- May 2
- May 14
- May 17
- May 28
- June 6
- July 16
- July 17
- July 29
- September 16
- September 19
- September 27
- November 13
- November 16
- December 10
- December 13
- December 31

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 24, 2020 in San Diego, California.

Shavonda Hawkins

DATED: February 24, 2020

Respectfully Submitted,

/s/ Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Counsel for Plaintiff**