UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No.: 3:15-cv-02320-JM-AHG<br><br>**ORDER GRANTING UNOPPOSED EX PARTE MOTION FOR AN ORDER PERMITTING HER TO LODGE VOLUMINOUS DOCUMENTS RELATING TO MOTION TO COMPEL**<br><br>**[ECF No. 125]** |

    This matter comes before the Court on Plaintiff's Unopposed Ex Parte Motion for an Order Permitting Her to Lodge Voluminous Documents Relating to Motion to Compel Further Production. ECF No. 125. Plaintiff seeks to lodge a USB flash drive containing Defendant's entire document production in addition to transcripts from the 30(b)(6) deposition taken February 26, 2020. *Id.* The purpose of the proposed lodgment is to assist the Court in its consideration of Plaintiff's pending Motion to Compel and for Sanctions (ECF No. 88), currently set for a hearing on April 8, 2020.

    Being fully advised, the Court finds good cause to **GRANT** the motion and further finds good cause to lodge the documents on a USB thumb drive. Accordingly, it is

1 **ORDERED** as follows:

2    1) Plaintiff's proposed Notice of Lodging is hereby deemed filed and served; and

3    2) Plaintiff is directed to deliver a USB thumb drive containing the voluminous
4       documents to the Court within three business days of the date of this Order.

5 **IT IS SO ORDERED.**

7 Dated: March 17, 2020

_Allison H. Goddard_
Honorable Allison H. Goddard
United States Magistrate Judge