1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAVONDA HAWKINS, on behalf of
herself and all others similarly situated,

Plaintiff,

v.

THE KROGER COMPANY,

Defendant.

Case No.:  3:15-cv-02320-JM-AHG

**ORDER MODIFYING HEARING ON PLAINTIFF'S MOTION TO COMPEL TO BE TELEPHONIC**

On February 18, 2020, the Court granted Defendant's request for a hearing on Plaintiff's Motion to Compel (ECF No. 88) and set a motion hearing for April 8, 2020 at 9:30 AM before Magistrate Judge Allison H. Goddard in Courtroom 3B of the Edward J. Schwartz United States Courthouse. ECF No. 111. On March 17, 2020, Chief Judge Larry A. Burns issued an Order in response to the COVID-19 public emergency ("CJO #18")  which, among other things, affords judges discretion to conduct court proceedings by telephone or video conferencing where practicable to protect public safety and prevent the spread of COVID-19. See CJO #18 at ¶ 4.

Because the motion hearing is expected to consist of oral argument from counsel, without any witness testimony or need for presentation of physical evidence, and being sensitive to the need for defense counsel to travel from Los Angeles, the Court finds it

1    prudent to exercise its discretion here and **MODIFY** the motion hearing to be **telephonic**.

2    The motion hearing will still be held on the record. To facilitate this modification,

3    counsel are **ORDERED** to call the chambers teleconference line at **1-877-873-8018** and

4    use access code **8367902** to appear for the hearing on **April 8, 2020** approximately ten

5    minutes before the scheduled start time of **9:30 AM**. Prompt appearances are vital to

6    ensuring that any technical issues can be efficiently addressed without significantly

7    delaying the hearing.

8         **IT IS SO ORDERED.**

9

10   Dated:  March 19, 2020

11   _____
     Honorable Allison H. Goddard
12   United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:15-cv-02320-JM-AHG