| | |
|---|---|
| 1 | **THE WESTON FIRM** |
| 2 | GREGORY S. WESTON (239944) |
|   | *greg@westonfirm.com* |
| 3 | 1405 Morena Blvd., Suite 201 |
| 4 | San Diego, CA 92110 |
|   | Telephone:  (619) 798-2006 |
| 5 | Facsimile:   (619) 343-2789 |
| 6 | |
|   | **Counsel for Plaintiff** |
| 7 | |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE KROGER COMPANY,<br><br>　　　　　Defendant. | Case No: 3:15-cv-02320-JM-AHG<br>Pleading Type: Class Action<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1405 Morena Blvd., Suite 201, San Diego, CA 92110. May 11, 2020, I served the documents described below:

1) PLAINTIFF'S MOTION TO FILE UNDER SEAL
2) MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL

by Notice of Electronic Filing, which is a notice generated by the CM/ECF System at the time the document above was filed with the Court, to lead counsel listed by CM/ECF as *"ATTORNEY TO BE NOTICED."*

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 11, 2020 in San Diego, California.

DATED: May 11, 2020                     Respectfully Submitted,

/s/ Gregory Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (619) 343-2789

**Counsel for Plaintiff**

1

*Hawkins v. The Kroger Company,* Case No. 3:15-CV-02320-JM-AHG
CERTIFICATE OF SERVICE