UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No.:  15cv2320 JM(AHG)<br><br>**ORDER ON MOTION TO SEAL** |

On May 25, 2020, Plaintiff moved to file an unredacted version of the Declaration of Gregory S. Weston in support of Plaintiff's Response to Joint Objections to Magistrate Sanctions Order under Seal.  (Doc. No. 199.)  In the Ninth Circuit, there is a strong presumption in favor of access to court records and a party must show compelling reasons to file under seal as part of a non-discovery motion, even if they were produced subject to a discovery protective order.  *See Foltz v. State Farm Mt. Auto. Ins. Co.*, 331 F.3d 1122, 1134 (9th Cir. 2003).  Once the protected discovery documents are part of a dispositive or non-discovery motion, "they lose their status of being raw fruits of discovery" and without some overriding interests in favor of keeping the material confidential, no longer enjoy protected status.  *See id.,* at 1136.

Here the court does not find the majority of documents attached to the Declaration compel sealing.  Exhibits 4, 5, and 6 are label mock-ups, Exhibit 7 is organizational charts,

Exhibits 8 and 9 are internal emails regarding Kroger products which contain partially hydrogenated trans fat; Exhibits 10 and 11 are excerpts of a 30(b)(6) depositions; and Exhibit 12 appears to be customer complaints.  Accordingly, the motion to file the unredacted version of the Declaration of Gregory S. Weston in Support of Plaintiff's Response to Objections to Magistrate Sanctions Order under seal is **DENIED**, with two exceptions.  Exhibit 3, which contains confidential sales data and Exhibit 13 which are instructions provided to vendors regarding ingredients are worthy of sealing and may be filed under seal.

      Accordingly, the court orders as follows:

      1. The motion to file unredacted versions of Exhibits 3 and 13 under seal is **GRANTED** (Doc. No. 200 at pages 12-22, 97-101); and

      2. The motion to file unredacted versions of Exhibit 4-12 under seal is **DENIED.** Having found no reason exists to seal these documents, the Clerk of Court shall publicly file the Exhibits lodged under seal at Docket Number 200 (pages 23-96).

      IT IS SO ORDERED.

Dated:  June 3, 2020

_____
Hon. Jeffrey T. Miller
United States District Judge