# EXHIBIT 4



**Kroger**

## Italian Style
### bread crumbs

PER 1/4 CUP

| 110 CALORIES | 0g SAT FAT 0% DV | 430mg SODIUM 18% DV | 1g SUGARS |

ABOUT 15 SERVINGS

NET WT 15 OZ (425g)

**Nutrition Facts**
Serving Size 1/4 cup (28g)
Servings Per Container about 15

Amount Per Serving
Calories 110    Calories from Fat 15

% Daily Value*

Total Fat 1.5g — 2%
Saturated Fat 0g — 0%
Trans Fat 0g

Cholesterol 0mg — 0%
Sodium 430mg — 18%
Total Carbohydrate 19g — 6%
Dietary Fiber 1g — 4%
Sugars 1g
Protein 4g

Vitamin A 0% • Vitamin C 0%
Calcium 4% • Iron 8%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

INGREDIENTS: ENRICHED FLOUR (WHEAT FLOUR, NIACED BARLEY, NIACIN, FERROUS SULFATE, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID), HIGH FRUCTOSE CORN SYRUP, CORN SYRUP, VEGETABLE OIL (SOYBEAN, COTTONSEED, CORN AND/OR CANOLA), WATER, SALT, CONTAINS 2% OR LESS OF YEAST, HONEY, MOLASSES, SUGAR, WHEAT GLUTEN, WHEY, SOY FLOUR, WHOLE WHEAT FLOUR, RYE FLOUR, CORN FLOUR, OAT BRAN, OAT FLOUR, CORN MEAL, BUTTER, VEGETABLE OIL, DEXTROSE, MONO- AND DIGLYCERIDES, SODIUM AND/OR CALCIUM STEAROYL LACTYLATE, SOY LECITHIN, CALCIUM CARBONATE, YEAST NUTRIENTS (AMMONIUM SULFATE, CALCIUM SULFATE, MONOCALCIUM PHOSPHATE), DISTILLED VINEGAR, SKIM MILK, WHEY, NONFAT MILK, CHEESE POWDER AND POTASSIUM SORBATE (PRESERVATIVES), SESAME SEEDS, SUNFLOWER SEEDS, EGGS, DEHYDRATED PARSLEY, SPICES, ONION POWDER, GARLIC POWDER, PAPRIKA.
CONTAINS: WHEAT, SOY, MILK, EGG.

SHAKE WELL BEFORE USING.
SEE BOTTOM OF PACKAGE FOR LAST DATE TO BE SOLD.

**Recipe**
### Italian Pork Chops

• Prep Time: 10 min. • Total Time: 45 min. • Serves: 4

Ingredients
4 boneless pork chops
1½ cups Italian bread crumbs
flour
milk
black pepper
4 Tbsp oil

Directions
1. Preheat oven to 400°F.
2. Using meat mallet or rolling pin, pound pork chop in resealable plastic bag to ½ to ½ inch thickness.
3. Dredge pork in flour. Dip in milk; dredge in Italian bread crumbs, pressing lightly to adhere. Season with pepper to taste. Repeat procedure with remaining pork chops.
4. Heat 2 tablespoons oil in large nonstick skillet over MEDIUM-HIGH heat. Add 2 pork chops; cook until light brown, about 3 minutes per side. Transfer to a baking sheet.
5. Wipe pan clean and repeat procedure with remaining oil and pork chops. Transfer to the baking sheet and bake 15 minutes, or until cooked through (minimum internal temperature of 145°F).

Refrigerate any leftovers.

"Another great recipe made with Kroger brand products."

**QUALITY GUARANTEE**
800-632-6900 • www.kroger.com

DISTRIBUTED BY THE KROGER CO., CINCINNATI, OHIO 45202

0 11110 81877 3

23331G

CONFIDENTIAL

TKC 006158



**0g Trans Fat** PER SERVING

(SEE NUTRITION INFORMATION FOR SODIUM CONTENT)



**Kroger**
FROM OUR FAMILY TO YOURS

# Traditional
## bread crumbs

### PER 1/4 CUP

| 110 CALORIES | 0g SAT FAT 0% DV | 200mg SODIUM 8% DV | 1g SUGARS |

ABOUT **15** SERVINGS
NET WT 15 OZ (425g)

## Nutrition Facts

Serving Size 1/4 cup (28g)
Servings Per Container about 15

**Amount Per Serving**

**Calories** 110    Calories from Fat 15

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | **2%** |
| Saturated Fat 0g | **0%** |
| Trans Fat 0g | |
| Polyunsaturated Fat 1g | |
| Monounsaturated Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 200mg | **8%** |
| **Total Carbohydrate** 19g | **6%** |
| Dietary Fiber 1g | **4%** |
| Sugars 1g | |
| **Protein** 4g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 4% | • | Iron 8% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

INGREDIENTS: ENRICHED FLOUR (WHEAT FLOUR, MALTED BARLEY, NIACIN, FERROUS SULFATE, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID), HIGH FRUCTOSE CORN SYRUP, CORN SYRUP, PARTIALLY HYDROGENATED VEGETABLE OIL (SOYBEAN, COTTONSEED, CORN AND/OR CANOLA), WATER, SALT. CONTAINS 2% OR LESS OF: YEAST, HONEY, MOLASSES, SUGAR, WHEAT GLUTEN, WHEY, SOY FLOUR, WHOLE WHEAT FLOUR, RYE FLOUR, CORN FLOUR, OAT BRAN, CORN MEAL, RICE FLOUR, POTATO FLOUR, BUTTER (CREAM, SALT), DOUGH CONDITIONERS (MONO- AND DIGLYCERIDES, SODIUM AND/OR CALCIUM STEAROYL LACTYLATE, SOY LECITHIN, CALCIUM CARBONATE), YEAST NUTRIENTS (AMMONIUM SULFATE, CALCIUM SULFATE, MONOCALCIUM PHOSPHATE), DISTILLED VINEGAR, SKIM MILK, BUTTERMILK, LACTIC ACID, CALCIUM PROPIONATE AND POTASSIUM SORBATE (PRESERVATIVES), SESAME SEEDS, SUNFLOWER SEEDS, EGGS.
CONTAINS: WHEAT, SOY, MILK, EGG.

DISTRIBUTED BY THE KROGER CO., CINCINNATI, OHIO 45202

SHAKE WELL BEFORE USING.
SEE BOTTOM OF PACKAGE FOR LAST DATE TO BE SOLD.



**Recipe** **Barbeque Meatloaf**

• Prep Time: 15 min.   • Total Time: 1.5 hours   • Serves: 6

**Ingredients**
1½ lbs ground beef
1 cup traditional bread crumbs
1 onion, diced
1 egg, lightly beaten
1 tsp salt
½ tsp pepper
1 cup traditional barbeque sauce, divided

**Directions**
1. Preheat oven to 350°F.
2. Mix together the beef, bread crumbs, onion, egg, salt, pepper, and ½ cup of barbeque sauce.
3. Form the mixture into a loaf and place it in a shallow pan. Pour remaining sauce over the meatloaf.
4. Bake for 1 hour. Remove from oven and let rest 10 minutes. (Minimum internal temperature 165°F.)
5. Slice and serve.
Refrigerate any leftovers.

*"Another great recipe made with Kroger Bread products."*

### QUALITY GUARANTEE

We promise products your family will ask for every time. If you are not delighted, let us know. We will make it right with a replacement or refund at your store.

800-632-6900 • www.kroger.com



0 11110 81878 2

| 23330F | 08/2013 | 193844 | 0461-00-0016-03 | CAD#05469 |



# Kroger®

## Nutrition Facts

Serving Size 1/4 cup (28g)
Servings Per Container about 10

**Amount Per Serving**

**Calories** 110     Calories from Fat 15

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | **2%** |
| Saturated Fat 0g | **0%** |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 530mg | **22%** |
| **Total Carbohydrate** 19g | **6%** |
| Dietary Fiber 1g | **4%** |
| Sugars 1g | |
| **Protein** 4g | |

| | | |
|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% |
| Calcium 4% | • | Iron 8% |

*Percent Daily Values are based on a 2,000 calorie diet.
Your daily values may be higher or lower depending on
your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

**INGREDIENTS:** ENRICHED FLOUR (WHEAT FLOUR, MALTED BARLEY NIACIN, FERROUS SULFATE, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID), HIGH FRUCTOSE CORN SYRUP, CORN SYRUP, VEGETABLE OIL (SOYBEAN, COTTONSEED, CORN AND/OR CANOLA, WATER), SALT, CONTAINS 2% OR LESS OF YEAST, HONEY, MOLASSES, SUGAR, WHEAT GLUTEN, WHEY, SOY FLOUR, WHOLE WHEAT FLOUR, RYE FLOUR, CORN FLOUR, OAT BRAN, OAT FLOUR, CORN MEAL, RICE FLOUR, POTATO FLOUR, BUTTER (CREAM, SALT), DOUGH CONDITIONERS (MONO- AND DIGLYCERIDES, SODIUM AND/OR CALCIUM STEAROYL LACTYLATE, SOY LECITHIN, CALCIUM CARBONATE), YEAST NUTRIENTS (AMMONIUM SULFATE, CALCIUM SULFATE, MONOCALCIUM PHOSPHATE), DISTILLED VINEGAR, SKIM MILK, BUTTERMILK, LACTIC ACID, PRESERVATIVES (CALCIUM PROPIONATE AND POTASSIUM SORBATE), SESAME SEED, SUNFLOWER SEEDS, EGGS, DEHYDRATED ROASTED GARLIC, SPICES, NATURAL FLAVOR, ONION POWDER, DEHYDRATED PARSLEY. **CONTAINS: WHEAT, SOY, MILK, EGG.**

DISTRIBUTED BY THE KROGER CO., CINCINNATI, OHIO 45202

---

## Recipe: Roasted Garlic Chicken

• Prep Time: 10 min.    • Total Time: 40 min.    • Serves: 4

**Ingredients**

4 boneless skinless chicken breast halves
1 cup roasted garlic bread crumbs
flour
milk
black pepper
4 Tbsp oil

**Directions**

1. Preheat oven to 400°F.
2. Using meat mallet or rolling pin, pound chicken breast in resealable plastic bag to ¼ to ½-inch thickness.
3. Dredge chicken in flour. Dip in milk; dredge in roasted garlic bread crumbs, pressing lightly to adhere. Season with pepper to taste. Repeat procedure with remaining chicken breasts.
4. Heat 2 tablespoons oil in large nonstick skillet over MEDIUM-HIGH heat. Add 2 chicken breasts; cook until light brown, about 4 minutes per side. Transfer to a baking sheet.
5. Wipe pan clean and repeat procedure with remaining oil and chicken breasts. Transfer to the baking sheet and bake 15 minutes, or until cooked through (minimum internal temperature of 165°F).
Refrigerate any leftovers.

*Another great recipe made with Kroger Brand products.*

**QUALITY GUARANTEE**
800-632-6900 • www.kroger.com

SHAKE WELL BEFORE USING.
SEE BOTTOM OR PACKAGE FOR LAST DATE TO BE SOLD

0 11110 90787 5

# Roasted Garlic
### bread crumbs

| 110 CALORIES | 6g SAT FAT | 530mg SODIUM | 1g SUGARS |
|---|---|---|---|

ABOUT **10** SERVINGS
NET WT 10 OZ (283g)

22830D

CONFIDENTIAL     TKC 006160





**0g Trans Fat** PER SERVING

(SEE NUTRITION INFORMATION FOR SODIUM CONTENT)

SERVING SUGGESTION

Kroger

FROM OUR FAMILY TO YOURS

# Roasted Garlic

## bread crumbs

PER 1/4 CUP

110 CALORIES | 0g SAT FAT 0% DV | 530mg SODIUM 22% DV | 1g SUGARS

ABOUT **10** SERVINGS

NET WT 10 OZ (283g)

## Nutrition Facts

Serving Size 1/4 cup (28g)
Servings Per Container about 10

**Amount Per Serving**

**Calories** 110 Calories from Fat 15

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | 2% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Polyunsaturated Fat 1g | |
| Monounsaturated Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 530mg | 22% |
| **Total Carbohydrate** 19g | 6% |
| Dietary Fiber 1g | 4% |
| Sugars 1g | |
| **Protein** 4g | |

Vitamin A 0% • Vitamin C 0%
Calcium 4% • Iron 8%

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

**INGREDIENTS:** ENRICHED FLOUR (WHEAT FLOUR, MALTED BARLEY, NIACIN, FERROUS SULFATE, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID), HIGH FRUCTOSE CORN SYRUP, CORN SYRUP, PARTIALLY HYDROGENATED VEGETABLE OIL (SOYBEAN, COTTONSEED, CORN AND/OR CANOLA), WATER, SALT. CONTAINS 2% OR LESS OF: YEAST, HONEY, MOLASSES, SUGAR, WHEAT GLUTEN, WHEY, SOY FLOUR, WHOLE WHEAT FLOUR, RYE FLOUR, CORN FLOUR, OAT BRAN, CORN MEAL, RICE FLOUR, POTATO FLOUR, BUTTER (CREAM, SALT), DOUGH CONDITIONERS (MONO- AND DIGLYCERIDES, SODIUM AND/OR CALCIUM STEAROYL LACTYLATE, SOY LECITHIN, CALCIUM CARBONATE), YEAST NUTRIENTS (AMMONIUM SULFATE, CALCIUM SULFATE, MONOCALCIUM PHOSPHATE), DISTILLED VINEGAR, SKIM MILK, BUTTERMILK, LACTIC ACID, PRESERVATIVES (CALCIUM PROPIONATE AND POTASSIUM SORBATE), SESAME SEEDS, SUNFLOWER SEEDS, EGGS, DEHYDRATED ROASTED GARLIC, SPICES, NATURAL FLAVOR, ONION POWDER, DEHYDRATED PARSLEY.

**CONTAINS: WHEAT, SOY, MILK, EGG.**

**DISTRIBUTED BY THE KROGER CO., CINCINNATI, OHIO 45202**

## Recipe: Roasted Garlic Chicken

• Prep Time: 10 min. • Total Time: 40 min. • Serves: 4

### Ingredients

4 boneless skinless chicken breast halves
1 cup roasted garlic bread crumbs
flour
milk
black pepper
4 Tbsp oil

### Directions

1. Preheat oven to 400°F.
2. Using meat mallet or rolling pin, pound chicken breast in resealable plastic bag to ⅓ to ½-inch thickness.
3. Dredge chicken in flour. Dip in milk; dredge in roasted garlic bread crumbs, pressing lightly to adhere. Season with pepper to taste. Repeat procedure with remaining chicken breasts.
4. Heat 2 tablespoons oil in large nonstick skillet over MEDIUM-HIGH heat. Add 2 chicken breasts; cook until light brown, about 4 minutes per side. Transfer to a baking sheet.
5. Wipe pan clean and repeat procedure with remaining oil and chicken breasts. Transfer to the baking sheet and bake 15 minutes, or until cooked through (minimum internal temperature of 165°F).

Refrigerate any leftovers.

*"Another great recipe made with Kroger Brand products."*

**QUALITY GUARANTEE**
**800-632-6900 • www.kroger.com**

SHAKE WELL BEFORE USING.
SEE BOTTOM OF PACKAGE FOR LAST DATE TO BE SOLD.

0 11110 90787 5

.5 .75

22830C | 08/2013 | 194286 | 0461-00-0055-02 | UP | CAD#05480



**0g Trans Fat**
PER SERVING

(SEE NUTRITION INFORMATION FOR SODIUM CONTENT)



**Kroger**

FROM OUR FAMILY TO YOURS

# Italian Style
## bread crumbs

PER 1/4 CUP

| 110 CALORIES | 0g SAT FAT 0% DV | 430mg SODIUM 18% DV | 1g SUGARS |

ABOUT **15** SERVINGS

NET WT 15 OZ (425g)

## Nutrition Facts
Serving Size 1/4 cup (28g)
Servings Per Container about 15

**Amount Per Serving**

**Calories** 110   Calories from Fat 15

|  | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | **2%** |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Polyunsaturated Fat 1g | |
| Monounsaturated Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 430mg | **18%** |
| **Total Carbohydrate** 19g | **6%** |
| Dietary Fiber 1g | 4% |
| Sugars 1g | |
| **Protein** 4g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 4% | • | Iron 8% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

|  |  | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Saturated Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

INGREDIENTS: ENRICHED FLOUR (FLOUR, MALTED BARLEY, NIACIN, FERROUS SULFATE, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID), HIGH FRUCTOSE CORN SYRUP, CORN SYRUP, PARTIALLY HYDROGENATED VEGETABLE OIL (SOYBEAN, COTTONSEED, CORN AND/OR CANOLA), WATER, SALT, CONTAINS 2% OR LESS OF: YEAST, HONEY, MOLASSES, SUGAR, WHEAT GLUTEN, WHEY, SOY FLOUR, WHOLE WHEAT FLOUR, RYE FLOUR, CORN FLOUR, OAT BRAN, CORN MEAL, RICE FLOUR, POTATO FLOUR, BUTTER (CREAM, SALT), DOUGH CONDITIONERS (MONO- AND DIGLYCERIDES, SODIUM AND/OR CALCIUM STEAROYL LACTYLATE, SOY LECITHIN, CALCIUM CARBONATE), YEAST NUTRIENTS (AMMONIUM SULFATE, CALCIUM SULFATE, MONOCALCIUM PHOSPHATE), DISTILLED VINEGAR, SKIM MILK, BUTTERMILK, LACTIC ACID, CALCIUM PROPIONATE AND POTASSIUM SORBATE (PRESERVATIVES), SESAME SEEDS, SUNFLOWER SEEDS, EGGS, DEHYDRATED PARSLEY, SPICES, ONION POWDER, GARLIC POWDER, PAPRIKA.
CONTAINS: WHEAT, SOY, MILK, EGG.

DISTRIBUTED BY THE KROGER CO., CINCINNATI, OHIO 45202

SHAKE WELL BEFORE USING.
SEE BOTTOM OF PACKAGE FOR LAST DATE TO BE SOLD.

**Recipe** **Italian Pork Chops**
• Prep Time: 10 min.   • Total Time: 45 min.   • Serves: 4

**Ingredients**
4 boneless pork chops
1½ cups Italian bread crumbs
flour
milk
black pepper
4 Tbsp oil

**Directions**
1. Preheat oven to 400°F.
2. Using meat mallet or rolling pin, pound pork chop in resealable plastic bag to ⅛ to ½-inch thickness.
3. Dredge pork in flour. Dip in milk; dredge in Italian bread crumbs, pressing lightly to adhere. Season with pepper to taste. Repeat procedure with remaining pork chops.
4. Heat 2 tablespoons oil in large nonstick skillet over MEDIUM-HIGH heat. Add 2 pork chops; cook until light brown, about 5 minutes per side. Transfer to a baking sheet.
5. Wipe pan clean and repeat procedure with remaining oil and pork chops. Transfer to the baking sheet and bake 15 minutes, or until cooked through (minimum internal temperature of 165°F).
Refrigerate any leftovers.
*"Another great recipe made with Kroger Bread products."*

**QUALITY GUARANTEE**
800-632-6900 • www.kroger.com



0  11110 81877  5

23331F     08/2013     193845     0461-00-0017-03     CAD#05469

CONFIDENTIAL

TKC 006162

# EXHIBIT 5

**From:** Ramsaur, Brian D <brian.ramsaur@kroger.com>
**To:** Klei, Shannon (NonEmp); Spillard, Rick
**Sent:** 3/18/2015 8:45:10 AM
**Subject:** RE: Breadcrumbs - Quality Bakery

I think we should just take it off. For what it is worth.
Brian

---

**From:** Klei, Shannon (NonEmp)
**Sent:** Wednesday, March 18, 2015 11:44 AM
**To:** Spillard, Rick
**Cc:** Ramsaur, Brian D
**Subject:** Breadcrumbs - Quality Bakery

Rick – Please see screen shot below. Let me know how you want me to handle moving forward?



# EXHIBIT 6







## COTE-IMPRIME/PRINTED-SIDE

| | |
|---|---|
| FILM | 05480 |
| CLIENT | Old London Foods |
| ITEM | Sidewalls 10oz |
| DIM. | 9.2867 x 7.0170 |
| O.B. | 9.2867 x 7.0170 |
| DATE | 06/05/08 |

**DIE#** 405068 / 511232 UP

PRINTED @ 100%

CONFIDENTIAL

TKC 006329



CONFIDENTIAL                                                        TKC 006330

# Completion States

File: **KRO_BrdCrmb_Grlc_10oz_v2.pdf Cycle: 2**

✅ Approved  6/12/2013 9:06 AM

File: **KRO_BrdCrmb_Grlc_10oz_v1.pdf Cycle: 1**

❌ Rejected  6/5/2013 8:27 AM

# Annotations

File: **KRO_BrdCrmb_Grlc_10oz_v2.pdf Cycle: 2**

| Details | Comment | Image |
|---|---|---|
| Color: ⬛<br><br>Id: 1<br><br>Date: 6/11/2013 10:34 AM<br><br>User: Sarrah Wilson<br>(sarrah.hutton@kroger.com) (Verify Artwork)<br><br>Location: Page 1 | Daily is spelled correctly. If you zoom in a lot you can see it. :) |  |
| Color: 🟧<br><br>Id: 2<br><br>Date: 6/12/2013 8:56 AM<br><br>User: Bill Baxter<br>(baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | Approved |  |

File: **KRO_BrdCrmb_Grlc_10oz_v1.pdf Cycle: 1**

| Details | Comment | Image |
|---|---|---|

Danielle Johnson

CONFIDENTIAL

TKC 006331

| Details | Comment | Image |
|---|---|---|



Color: ▇
Id: 1
Date: 5/9/2013 1:02 PM
User: Sarrah Wilson
(sarrah.hutton@kroger.com) (Verify Artwork)
Location: Page 1

Need this information.

Color: ▇
Id: 1.1
Date: 5/23/2013 9:42 AM
User: Richard Spillard
(Rick.spillard@kroger.com)

Prep time: 10 minutes   Total time: 40 minutes

Color: ▇
Id: 2
Date: 5/9/2013 1:42 PM
User: Karen Reed
(kbrowning@stevensoncolor.com) (Prepress Review Artwork)
Location: Page 1

Approved for Kroger review with change

Color: ▇
Id: 3
Date: 5/22/2013 3:21 PM
User: Bill Baxter
(baxterb@qualitybakery.net) (Supplier Review Artwork)
Location: Page 1

Spelling Error -Daily (not Dally)

Color: ▇
Id: 3.1
Date: 5/23/2013 9:43 AM
User: Richard Spillard
(Rick.spillard@kroger.com)

When enlarged, the lower case "i" is visible and correct.

Color: ▇

Polyunsaturated (not Polysaturated)

CONFIDENTIAL

TKC 006332



| Details | Comment | Image |
|---|---|---|
| Id: 4<br><br>Date: 5/22/2013 3:21 PM<br><br>User: Bill Baxter (baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | | |
| Color: <br><br>Id: 4.1<br><br>Date: 5/23/2013 9:44 AM<br><br>User: Richard Spillard (Rick.spillard@kroger.com) | Agreed. | |
| Color: <br><br>Id: 5<br><br>Date: 5/22/2013 3:22 PM<br><br>User: Bill Baxter (baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | Dehydrated Parsley (not Parsley) | |
| Color: <br><br>Id: 5.1<br><br>Date: 5/23/2013 9:49 AM<br><br>User: Richard Spillard (Rick.spillard@kroger.com) | agreed. | |
| Color: <br><br>Id: 6<br><br>Date: 5/23/2013 9:51 AM<br><br>User: Richard Spillard (Rick.spillard@kroger.com) (CFT Review Artwork)<br><br>Location: Page 1 | Reviewed. | |

CONFIDENTIAL

TKC 006333

| Details | Comment | Image |
|---|---|---|
| Color: ■<br><br>Id: 7<br><br>Date: 6/5/2013 8:10 AM<br><br>User: Brian Ramsaur (brian.ramsaur@kroger.com) (Regulatory Review Artwork)<br><br>Location: Page 1 | Colon here | |
| Color: ■<br><br>Id: 8<br><br>Date: 6/5/2013 8:11 AM<br><br>User: Brian Ramsaur (brian.ramsaur@kroger.com) (Regulatory Review Artwork)<br><br>Location: Page 1 | Aproved with noted changes - Regulatory | |



CONFIDENTIAL

TKC 006334





## COTE-IMPRIME/PRINTED-SIDE

| | | |
|---|---|---|
| | FILE# | **05469** |
| CLIENT | Old London Foods | |
| ITEM | 15 oz. Sidewall | |
| DIM. | 10+41/64 x 7.327 | |
| O.B. | 10+41/64 x 7.3270 | |
| DATE | 07/05/08 | |
| **DIE#** | **405067** | UP |

PRINTED @ 100%

CONFIDENTIAL                                                                                TKC 006335







**COTE-IMPRIME/PRINTED-SIDE**

| | |
|---|---|
| FILE# | 05469 |
| CLIENT | Old London Foods |
| ITEM | 15 oz. Sidewall |
| DIM. | 10+41/64 x 7.327 |
| O.B. | 10+41/64 x 7.3270 |
| DATE | 07/05/08 |
| DIE# | 405067  UP |

PRINTED @ 100%

CONFIDENTIAL

TKC 006336

# Completion States

File: **KRO_BrdCrmb_ltln_15oz_v2.pdf Cycle: 2**

✅ Approved   6/13/2013 1:45 PM

File: **KRO_BrdCrmb_ltln_15oz_v1.pdf Cycle: 1**

❌ Rejected   6/5/2013 10:52 AM

# Annotations

File: **KRO_BrdCrmb_ltln_15oz_v2.pdf Cycle: 2**

| Details | Comment | Image |
|---|---|---|
| Color: ■<br>Id: 1<br>Date: 6/11/2013 10:43 AM<br>User: Sarrah Wilson<br>(sarrah.hutton@kroger.com) (Verify Artwork)<br>Location: Page 1 | Daily Value is spelled correctly. You just have to zoom pretty far in. :) |  |
| Color: ■<br>Id: 2<br>Date: 6/11/2013 10:57 AM<br>User: Karen Reed<br>(kbrowning@stevensoncolor.com) (Prepress Review Artwork)<br>Location: Page 1 | Approved for Kroger review |  |

CONFIDENTIAL

TKC 006337

| Details | Comment | Image |
|---|---|---|
| Color: 🟧<br><br>Id: 3<br><br>Date: 6/12/2013 9:03 AM<br><br>User: Bill Baxter (baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | Approved |  |

File: **KRO_BrdCrmb_ltln_15oz_v1.pdf Cycle: 1**

| Details | Comment | Image |
|---|---|---|
| Color: 🟦<br><br>Id: 1<br><br>Date: 5/9/2013 1:08 PM<br><br>User: Sarrah Wilson (sarrah.hutton@kroger.com) (Verify Artwork)<br><br>Location: Page 1 | Rick, Please provide this information. | |
| Color: 🟨<br><br>Id: 1.1<br><br>Date: 5/23/2013 9:56 AM<br><br>User: Richard Spillard (Rick.spillard@kroger.com) | Prep time: 10 minutes   Total time 45 minutes | |
| Color: 🟧<br><br>Id: 2<br><br>Date: 5/9/2013 1:42 PM<br><br>User: Karen Reed (kbrowning@stevensoncolor.com) (Prepress Review Artwork)<br><br>Location: Page 1 | Approved for Kroger review with change | |

CONFIDENTIAL                    TKC 006338

| Details | Comment | Image |
|---|---|---|
| Color: ▨<br><br>Id: 4<br><br>Date: 5/22/2013 3:09 PM<br><br>User: Bill Baxter<br>(baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | Spelling Error - Daily (Not Dally) |  |
| Color: ▨<br><br>Id: 4.1<br><br>Date: 5/23/2013 9:54 AM<br><br>User: Richard Spillard<br>(Rick.spillard@kroger.com) | When enlarged, the lower case "i" is visible and correct. | |
| Color: ▨<br><br>Id: 5<br><br>Date: 5/22/2013 3:12 PM<br><br>User: Bill Baxter<br>(baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | Should be Polyunsaturated (not Polysaturated) | |
| Color: ▨<br><br>Id: 5.1<br><br>Date: 5/23/2013 9:53 AM<br><br>User: Richard Spillard<br>(Rick.spillard@kroger.com) | Agreed. | |
| Color: ▨<br><br>Id: 6<br><br>Date: 5/23/2013 10:05 AM<br><br>User: Richard Spillard<br>(Rick.spillard@kroger.com) (CFT Review Artwork)<br><br>Location: Page 1 | Should read: per 1/4 cup serving. Please revise Roasted Garlic label if necessary. | |

CONFIDENTIAL

TKC 006339

| Details | Comment | Image |
|---|---|---|
| Color: ■<br><br>Id: 6.1<br><br>Date: 6/5/2013 10:51 AM<br><br>User: Sarrah Wilson (sarrah.hutton@kroger.com) | Ignore. Please leave as is. | |
| Color: ■<br><br>Id: 7<br><br>Date: 5/23/2013 10:11 AM<br><br>User: Richard Spillard (Rick.spillard@kroger.com) (CFT Review Artwork)<br><br>Location: Page 1 | Reviewed. | |
| Color: ■<br><br>Id: 8<br><br>Date: 6/5/2013 10:12 AM<br><br>User: Brian Ramsaur (brian.ramsaur@kroger.com) (Regulatory Review Artwork)<br><br>Location: Page 1 | Need to call this Italian Style. | |



CONFIDENTIAL                TKC 006340

| Details | Comment | Image |
|---|---|---|
| Color: ■<br><br>Id: 9<br><br>Date: 6/5/2013 10:15 AM<br><br>User: Brian Ramsaur (brian.ramsaur@kroger.com) (Regulatory Review Artwork)<br><br>Location: Page 1 | VEGETABLE OIL (SOYBEAN, COTTONSEED, CORN AND/OR CANOLA ) |  |
| Color: ■<br><br>Id: 10<br><br>Date: 6/5/2013 10:16 AM<br><br>User: Brian Ramsaur (brian.ramsaur@kroger.com) (Regulatory Review Artwork)<br><br>Location: Page 1 | Colon here | |

CONFIDENTIAL

TKC 006341







## COTE-IMPRIME/PRINTED-SIDE

**PRINTED @ 100%**

| FILM | 05469 |
|---|---|
| CLIENT | Old London Foods |
| ITEM | 15 oz. Sidewall |
| DIM. | 10+41/64 x 7.327 |
| O.B. | 10+41/64 x 7.3270 |
| DATE | 07/05/08 |
| DIE# | 405067 |

CONFIDENTIAL          TKC 006342







## COTE-IMPRIME/PRINTED-SIDE

PRINTED @ 100%

| | FILE | 05469 |
|---|---|---|
| CLIENT | Old London Foods | |
| ITEM | 15 oz. Sidewall | |
| DIM. | 10+41/64 x 7.327 | |
| O.B. | 10+41/64 x 7.3270 | |
| DATE | 07/05/08 | |
| DIE# | 405067 | UP |

CONFIDENTIAL                                                                                TKC 006343

# Approvals

File: **KRO_BrdCrmb_Trdtnl_15oz_v2.pdf Cycle: 2**

✅ Approved  13-Jun-2013, 2:42 pm

File: **KRO_BrdCrmb_Trdtnl_15oz_v2.pdf Cycle: 1**

❌ Rejected  06-Jun-2013, 4:38 pm

# Annotations

File: **KRO_BrdCrmb_Trdtnl_15oz_v2.pdf Cycle: 2**

| Details | Comment | Image |
|---|---|---|
| Color: ⬛<br><br>Id: 1<br><br>Date: 11-Jun-2013, 11:37 am<br><br>User: Sarrah Wilson (sarrah.hutton@kroger.com) (Verify Artwork)<br><br>Location: Page 1 | This is spelled correctly. You just need to zoom in pretty far. :) |  |
| Color: 🟧<br><br>Id: 2<br><br>Date: 11-Jun-2013, 11:57 am<br><br>User: Karen Reed (kbrowning@stevensoncolor.com) (Prepress Review Artwork)<br><br>Location: Page 1 | Approved for Kroger review |  |

CONFIDENTIAL

| Details | Comment | Image |
|---|---|---|
| Color: (orange)<br><br>Id: 3<br><br>Date: 12-Jun-2013, 10:00 am<br><br>User: Bill Baxter (baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | Approved |  |

File: **KRO_BrdCrmb_Trdtnl_15oz_v2.pdf Cycle: 1**

| Details | Comment | Image |
|---|---|---|
| Color: (blue)<br><br>Id: 1<br><br>Date: 09-May-2013, 2:17 pm<br><br>User: Sarrah Wilson (sarrah.hutton@kroger.com) (Verify Artwork)<br><br>Location: Page 1 | Rick, Can you please provide? | |
| Color: (yellow)<br><br>Id: 1.1<br><br>Date: 23-May-2013, 11:18 am<br><br>User: Richard Spillard (Rick.spillard@kroger.com) | Prep time: 15 minutes Total time: 1.5 hours | |
| Color: (orange)<br><br>Id: 2<br><br>Date: 09-May-2013, 2:45 pm<br><br>User: Karen Reed (kbrowning@stevensoncolor.com) (Prepress Review Artwork)<br><br>Location: Page 1 | Approved for Kroger review with change | |

Danielle Johnson                05-May-2020, 2:26 pm                Page 4 of 6

CONFIDENTIAL                                    TKC 006345

| Details | Comment | Image |
|---|---|---|
| Color: ▨<br><br>Id: 3<br><br>Date: 22-May-2013, 4:19 pm<br><br>User: Bill Baxter (baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | Spelling error- Daily (not Dally) | |
| Color: ▨<br><br>Id: 3.1<br><br>Date: 23-May-2013, 11:16 am<br><br>User: Richard Spillard (Rick.spillard@kroger.com) | When enlarged, the lower case "i" is visible and correct. | |
| Color: ▨<br><br>Id: 4<br><br>Date: 22-May-2013, 4:19 pm<br><br>User: Bill Baxter (baxterb@qualitybakery.net) (Supplier Review Artwork)<br><br>Location: Page 1 | Polyunsaturated (not Polysaturated) | |
| Color: ▨<br><br>Id: 4.1<br><br>Date: 23-May-2013, 11:15 am<br><br>User: Richard Spillard (Rick.spillard@kroger.com) | Agreed. | |
| Color: ▨<br><br>Id: 5<br><br>Date: 23-May-2013, 1:41 pm<br><br>User: Richard Spillard (Rick.spillard@kroger.com) (CFT Review Artwork)<br><br>Location: Page 1 | Change to: (wheat flour,... | |



Danielle Johnson

05-May-2020, 2:26 pm

CONFIDENTIAL

TKC 006346



| Details | Comment | Image |
|---|---|---|
| Color: (yellow)<br><br>Id: 6<br><br>Date: 23-May-2013, 1:51 pm<br><br>User: Richard Spillard (Rick.spillard@kroger.com) (CFT Review Artwork)<br><br>Location: Page 1 | Change to: Per 1/4 cup serving | |
| Color: (blue)<br><br>Id: 6.1<br><br>Date: 06-Jun-2013, 4:37 pm<br><br>User: Sarrah Wilson (sarrah.hutton@kroger.com) | Please ignore. Leave as is. | |
| Color: (magenta)<br><br>Id: 7<br><br>Date: 06-Jun-2013, 3:27 pm<br><br>User: Brian Ramsaur (brian.ramsaur@kroger.com) (Regulatory Review Artwork)<br><br>Location: Page 1 | (SOYBEAN, COTTONSEES, CORN AND/OR CANOLA) | |
| Color: (blue)<br><br>Id: 7.1<br><br>Date: 06-Jun-2013, 4:37 pm<br><br>User: Sarrah Wilson (sarrah.hutton@kroger.com) | COTTONSEED | |
| Color: (magenta)<br><br>Id: 8<br><br>Date: 06-Jun-2013, 3:27 pm<br><br>User: Brian Ramsaur (brian.ramsaur@kroger.com) (Regulatory Review Artwork)<br><br>Location: Page 1 | COLON HERE | |

Danielle Johnson

05-May-2020, 2:26 pm

Page 6 of 6 (Report Complete)

CONFIDENTIAL

TKC 006347

# EXHIBIT 7

**CORPORATE BRANDS STRATEGY & INNOVATION TEAM - *(revised 2-5-10)***



*CORPORATE BRANDS STRATEGY & INNOVATION TEAM - (revised 5-12-10)*



TKC 006286

*CORPORATE BRANDS STRATEGY & INNOVATION TEAM - (revised 7-30-10)*



*CORPORATE BRANDS STRATEGY & INNOVATION TEAM - (revised 1/24/11)*



**CORPORATE BRANDS STRATEGY & INNOVATION TEAM - *(revised 2/1/17)***



# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 4/19/11**

CONFIDENTIAL

TKC 006290

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



Revised 6/7/11

CONFIDENTIAL

TKC 006291

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 8/18/11**

CONFIDENTIAL

TKC 006292

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 11/8/11**

CONFIDENTIAL

TKC 006293

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 11/25/11**

CONFIDENTIAL

TKC 006294

CONFIDENTIAL

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



TKC 006295

Revised 1/13/12

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 2/23/12**

CONFIDENTIAL

TKC 006296

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



Revised 3/14/12

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



Revised 5/16/12

CONFIDENTIAL

TKC 006298

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 8/3/12**

CONFIDENTIAL

TKC 006299

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 8/23/12**

CONFIDENTIAL

TKC 006300

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 10/31/12**

CONFIDENTIAL

TKC 006301

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 12/3/12**

CONFIDENTIAL

TKC 006302

# CORPORATE BRANDS STRATEGY INNOVATION TEAM

CONFIDENTIAL



TKC 006303

Revised 3/18/13

# CORPORATE BRANDS STRATEGY INNOVATION TEAM



**Revised 6/5/13**

CONFIDENTIAL

TKC 006304

# CORPORATE BRANDS STRATEGY & INNOVATION TEAM



# CORPORATE BRANDS STRATEGY & INNOVATION TEAM



Revised 10/15/13

CONFIDENTIAL

TKC 006306

# CORPORATE BRANDS STRATEGY & INNOVATION TEAM



**Revised 2/17/14**

CONFIDENTIAL

TKC 006307

# CORPORATE BRANDS STRATEGY & INNOVATION TEAM



CONFIDENTIAL

TKC 006308





corporate brands
Gil Phipps
Vice President
Mary Sue Boyce
Executive Assistant
Vanessa Egle
Sr Dir Innovation & Branding
Jodie Michel
Innovation / CSM ASP
Roger Templeton
Dir Category Strategy
Kim Bower
Sr Mgr Pkg Design Team
Brad Studer
Sr Brand Mgr
Julie Miers
Sr Brand Mgr
Kathy Klingensmith
Sr Culinary Innovation Mgr
Laszlo Tikk
Sr Innovation Mgr
Laura Melin
Sr Category Strategy Mgr
Mark Whited
Sr Category Strategy Mgr
Scott Janszen
Sr Category Strategy Mgr
Rebekah Manis
Sr Financial Mgr
Marcus Welch
Graphic Designer
Jim Dickson
Packaging Mgr
Jen Griffin
Packaging Mgr
Julie Pierpont
Packaging Mgr
Loraine Simpson
Packaging Mgr
Nate Shepley Streed
Pkg Sustainability Mgr
Jenny Betz
Packaging Mgr / Daymon
Peggy Lonneman
Packaging Mgr / PLM
Brooke Potzick
Packaging Mgr / PLM
Shannon Klei
Packaging Mgr / PLM
Kathleen Coffaro
Packaging Mgr / PLM
Lindsey Sauerland
Packaging Mgr / PLM
Eric Davidson
Pre-Prod Mgr / Stevenson
Sarrah Wilson
Pre-Prod Mgr / Stevenson
Laura King
Asst. Brand Mgr
Jason Lang
Brand Mgr
OPEN
Brand Mgr
Grey Bornaman
Brand Mgr
Maxx Sample
Corp Brand CTP
Erin Sunderman
Cust Insights Mgr
Kate Foxbower
Cust Insights Mgr / PLM
Stacy Krumins
Branding & Pkg ASP
Rosie Zappasodi
Brand Mgr
Leah Frank-Finney
Brand Mgr
Megan Donahue
Associate Brand Mgr
Nik Yockey
Customer Insights Mgr
Nicole Davis
Innovation Mgr
Ann Imsangjan
Innovation Mgr
Keith Melson
PLM Mgr
Gayle Alexander
PLM/Mercury Mgr
Leah Pendergraft
CSM ASP
Susan Scherer
Cat Strategy Mgr
Katie Powers
CSM/Sales Plan Mgr
Whitney Robey
CSM/Sales Plan Mgr
Joe Evans
Cat Strategy Mgr
Clifton Thomas
Cat Strategy Mgr
Mark Lugbill
CSM/Sales Plan Mgr
Karen Danner
Cat Strategy Mgr
Stephanie Moss
DGM Sourcing / Daymon
Elizabeth Erby
Cat Strategy Mgr
Glenn Roberts
Cat Strategy Mgr
Matt Kramer
Cat Strategy Mgr
Jason Lay
Cat Strategy Mgr
Holly Stanek
Corp Brands CTP
Steve Blum
Empire Broker
Diana Graynon
CSM ASP
Carl Swartz
Cat Strategy Mgr
Sara Basch
Cat Strategy Mgr
Rossana Klawon
Cat Strategy Mgr
Ken Dixon
Cat Strategy Mgr
Laura Veety
Corp Brands CTP
Jim Yantos
Cat Strat Mgr / Daymon
Brenda Williams
Finance ASP
Revised10/8/14
Administrative Support
Brokers
Career Training Personnel
On Extended Leave

corporate brands
Gil Phipps
Vice President
Mary Sue Boyce
Executive Assistant
Vanessa Egle
Sr Dir Innovation & Branding
Jodie Michel
Innovation / CSM ASP
Roger Templeton
Dir Category Strategy
Kim Bower
Sr Mgr Pkg Design Team
Brad Studer
Sr Brand Mgr
Julie Miers
Sr Brand Mgr
Kathy Klingensmith
Sr Culinary Innovation Mgr
Laszlo Tikk
Sr Innovation Mgr
Laura Melin
Sr Category Strategy Mgr
Mark Whited
Sr Category Strategy Mgr
Scott Janszen
Sr Category Strategy Mgr
Rebekah Manis
Sr Financial Mgr
Marcus Welch
Graphic Designer
Jim Dickson
Packaging Mgr
Jen Griffin
Packaging Mgr
Julie Pierpont
Packaging Mgr
Loraine Simpson
Packaging Mgr
Nate Shepley Streed
Pkg Sustainability Mgr
Jenny Betz
Packaging Mgr / Daymon
Peggy Lonneman
Packaging Mgr / PLM
Brooke Potzick
Packaging Mgr / PLM
Shannon Klei
Packaging Mgr / PLM
Kathleen Colfaro
Packaging Mgr / PLM
Lindsey Sauerland
Packaging Mgr / PLM
Eric Davidson
Pre-Prod Mgr / Stevenson
Sarrah Wilson
Pre-Prod Mgr / Stevenson
Karen Reed
Packaging Mgr / PLM
Jason Lang
Brand Mgr
Sean Hayes
Brand Mgr
Kulpreet Kaur
Brand Mgr
Erin Sunderman
Cust Insights Mgr
Stacy Stockley
Branding & Pkg ASP
Laura King
Asst. Brand Mgr
Kate Foxhower
Cust Insights Mgr / PLM
Rosie Zappasodi
Brand Mgr
Leah Frank-Finney
Brand Mgr
Laura Veety
Corp Brand CTP
Megan Donahue
Brand Mgr
Nik Yockey
Customer Insights Mgr
Nicole Davis
Innovation Mgr
Ann Imsangjan
Innovation Mgr
Keith Melson
PLM Mgr
Gayle Alexander
PLM/Mercury Mgr
Leah Pendergraft
CSM ASP
Susan Scherer
Cat Strategy Mgr
Maxx Sample
Corp Brands CTP
Katie Powers
CSM/Sales Plan Mgr
Whitney Robey
CSM/Sales Plan Mgr
Joe Evans
Cat Strategy Mgr
Clifton Thomas
Cat Strategy Mgr
Mark Lugbill
CSM/Sales Plan Mgr
Karen Danner
Cat Strategy Mgr
Elizabeth Erby
Cat Strategy Mgr
Glenn Roberts
Cat Strategy Mgr
Matt Kramer
Cat Strategy Mgr
Jason Lay
Cat Strategy Mgr
Allison Frank
Empire Broker
Renee Snider
Cat Strat Mgr / Empire
Diana Craynon
New Item Setup Specialist
Cari Swartz
Cat Strategy Mgr
Sara Basch
Cat Strategy Mgr
Rossana Klawon
Cat Strategy Mgr
Ken Dixon
Cat Strategy Mgr
Jim Yantos
Cat Strat Mgr / Daymon
Brenda Putnam
Finance ASP
Revised 4/24/2015
Administrative Support
Brokers
Career Training Personnel
On Extended Leave



corporate brands

Revised 9/17/2015



Revised 10/20/2015

| | Administrative Support |
| | Brokers |
| | Career Training Personnel |
| | On Extended Leave |

# EXHIBIT 8

| From: | Hosfeld, Bob </O=KROGER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RH73933> |
|---|---|
| To: | Ensign, Cheryl I; Bryant, Nancy A; Johnson, Danielle; Payne, Joel D; McFarlane, Roger E; Baker, Stephanie S; Ray, George S; Wampler, Stacey A |
| CC: | Pruett, Payton; Edelen, Jeff; Kolenski, John P |
| Sent: | 6/16/2015 5:13:40 AM |
| Subject: | RE: Trans fats |
| Attachments: | PHO - Combined.xls |

Attached is a list of products that have "partially hydrogenated" in the ingredient statement.

Not sure what the TransFat declaration is for these items.

Bob Hosfeld
Sr. Manager
Corporate Food Technology
O-513-762-4244
C-513-254-6696


-----Original Message-----
From: Ensign, Cheryl I
Sent: Tuesday, June 16, 2015 8:11 AM
To: Bryant, Nancy A; Johnson, Danielle; Payne, Joel D; McFarlane, Roger E; Baker, Stephanie S; Hosfeld, Bob; Ray, George S; Wampler, Stacey A
Cc: Pruett, Payton; Edelen, Jeff; Kolenski, John P
Subject: RE: Trans fats

Bob,

Can you run a report in PLM for any PHO's listed in ingredient decks?

Cheryl

-----Original Message-----
From: Bryant, Nancy A
Sent: Tuesday, June 16, 2015 8:07 AM
To: Ensign, Cheryl I; Johnson, Danielle; Payne, Joel D; McFarlane, Roger E; Baker, Stephanie S; Hosfeld, Bob; Ray, George S; Wampler, Stacey A
Cc: Pruett, Payton
Subject: RE: Transfats

I know we are putting plans in place to remove PHO's, but I think most of these products have 0g trans fatty acids (less than .5 g/serving).

Do we still have some products which contain trans fat?

Thanks,
Nancy

-----Original Message-----
From: Pruett, Payton
Sent: Tuesday, June 16, 2015 8:02 AM
To: Ensign, Cheryl I; Johnson, Danielle; Bryant, Nancy A; Payne, Joel D; McFarlane, Roger E; Baker, Stephanie S; Hosfeld, Bob
Subject: FW: Transfats

FYI...

******************************
Payton Pruett, V.P., Corp. Food Technology & Regulatory Compliance | The Kroger Co. | 1014 Vine Street | Cincinnati, OH  45202-1100 | Ph: 513.762.4223 | payton.pruett@kroger.com

CONFIDENTIAL                                                                    TKC 006421

```
-----Original Message-----
From: Cull, Brendon J
Sent: Tuesday, June 16, 2015 8:00 AM
To: Sharp, Erin S; Pruett, Payton; Kolenski, John P; Dailey, Keith G; Marmer, Lynn;
McClure, Margaret; Armbruster, Kari T
Subject: Transfats
```

There are news reports this morning that the transfats ban will be released today by the FDA. This is par for the course with them--they have been leaking to friendly media early and then releasing the rule later in the day.

The details we've seen so far indicate a three year timeline for food manufacturers to phase out the ingredient and a process to apply for an exception following the ban.

More to come later today.
Brendon

                                                                        TKC 006422

# EXHIBIT 9

§ Team talked about whether we need to change the UPC code and consensus was we did not see the need, given the extra time and resources to do this. The benefit would be that we can track the change if we changed the UPC, but overall felt the extra labor and time outweighed the benefit.
   o Next Steps: Mark will follow up with Roger Templeton and Megan Brooks on this recommendation

§ IAP projects will be tracked separately since Corporate Brands is not responsible for packaging.

Thanks, again for everyone's input. The next meeting is October 23, 2015.

Nancy Bryant
Director, Corporate Brands Product Development & QA
The Kroger Co., 1014 Vine St., Cincinnati, OH 45202
O: 513-762-4236, C: 203-491-7272

---

**From:** Bryant, Nancy A
**Sent:** Tuesday, September 22, 2015 5:36 PM
**To:** Baker, Stephanie S; Hosfeld, Bob; McFarlane, Roger E; Payne, Joel D; Ray, George S; Wampler, Stacey A; Melin, Laura A; Bower, Kim; Janszen, Scott A; Whited, Mark A
**Subject:** Agenda for PHO Update Meeting - 9/23/15

Attached is agenda for the PHO Update meeting tomorrow, 9/23/15:

   ·   Status of putting PHO products into Project Tracker – Mark/Scott/Laura

   ·   Review summary of categories with technical difficulty, and status of projects—CFT Leaders for each area

   ·   How we can double check to make sure we aren't missing products (i.e.; mason jar products, others?)
      o We are also working with Sourcing to send out notes to suppliers  so they can identify products with PHO's as a double check (KMP products)
      o Review products in draft for KLP products

Thanks,
Nancy

---

**From:** Bryant, Nancy A
**Sent:** Wednesday, August 19, 2015 12:45 PM
**To:** Baker, Stephanie S; Bobo, Robert N; McFarlane, Roger E; Payne, Joel D; Ray, George S; Wampler, Stacey A; Melin, Laura A; Bower, Kim; Whited, Mark A; Janszen, Scott A
**Cc:** Kanning, Mayro A; Pruett, Payton; Templeton, Roger W
**Subject:** RE: PHO Update and Glide Path- Notes From Meeting - 8/19/15

Thanks for a productive kick off meeting for the PHO elimination from our products.  Below are notes and next steps:

   NOTES:
   ·   Review of FDA Ruling
      o FDA Ruling is to remove all Partially Hydrogenated Oils by June 16, 2018

GMA Petition to Exclude Certain Products (I.e., Shortening, pie crusts, brownies, Microwave popcorn) – Do we want to wait for ruling or eliminate PHO from all products?
- o Decision was made to remove all PHOs and not wait for exclusion results—Due to the negative perception, all PHOs will be removed as quickly as possible

· Summary of PHO containing products
- o CFT to put together rough time line and technical difficulty for each category

· Approval Process
- o CFT to review reformulations with CSM (Technologists should start to discuss PHO removal projects at Project Review and CAST meetings)
- o Pending category and level of PHO in product , panel "representative skus"—Not all products will be paneled
- o Benchmark to be included in formal cutting

· Timeline
- o Goal is to complete by end of 2016 (although some more difficult categories, may be delayed-TBD). This will also allow time for packaging changes to catch up by June 2018

NEXT STEPS:
- · Schedule monthly meeting with CB/CFT team – Nancy
- · Start inputting PHO projects into Tracker – Corporate Brands
- · Develop tentative completion dates with technical difficulty for each category- CFT Team
- · Start to communicate to CSMs the PHO removal projects and discuss at Projects Reviews – CFT technologists (George, Stacey, Joel, Robert- please communicate to your teams).

Thanks,

Nancy Bryant
Director, Corporate Brands Product Development & QA
The Kroger Co., 1014 Vine St., Cincinnati, OH 45202
O: 513-762-4236, C: 203-491-7272


**From:** Bryant, Nancy A
**Sent:** Tuesday, August 18, 2015 5:22 PM
**To:** Baker, Stephanie S; Bobo, Robert N; McFarlane, Roger E; Payne, Joel D; Ray, George S; Wampler, Stacey A; Melin, Laura A; Bower, Kim; Whited, Mark A; Janszen, Scott A
**Cc:** Kanning, Mayro A; Pruett, Payton
**Subject:** PHO Update and Glide Path

Below is agenda for our PHO Update and Glide Path meeting tomorrow at 8:00 AM.

- · Review of FDA Ruling
- · GMA Petition to Exclude Certain Products (I.e., Shortening, pie crusts, brownies, Microwave popcorn) – Do we want to wait for ruling or eliminate PHO from all products?
- · Summary of PHO containing products (most recent list)—See attachments

|  | KLP skus | KMP skus | Raw Materials containing PHO | TOTAL SKUS |
|---|---|---|---|---|
| Bakery/Deli | 98 | 307 | 2 |  |
| Dairy | 8 | 61 | 19 |  |
| Grocery** | 212 | 112 | 49 |  |

# EXHIBIT 10

Confidential

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF CALIFORNIA

 3                        - - -

 4
     Shavonda Hawkins, on       :
 5   behalf of herself and all  :
     others similarly           :
 6   situated,                  :
                                :
 7          Plaintiffs,         : Civil Action
                                : No. 15CV2320 JM BLM
 8      vs.                     :
                                :
 9   The Kroger Company,        :
                                :
10          Defendant.          :

11                        - - -
                    **CONFIDENTIAL**
12          Deposition of Joseph Evans, a 30(b)(6)

13   witness herein, called by the Plaintiffs for

14   examination under the applicable rules of Federal

15   Civil Court Procedure, taken before me, Linda D.

16   Riffle, Registered Diplomate Reporter, Certified

17   Realtime Reporter, Certified Realtime Captioner, and

18   Notary Public in and for the State of Ohio, pursuant

19   to notice and stipulations of counsel hereinafter

20   set forth, at Regus, 300 East Business Way, Suite

21   200, Cincinnati, Ohio, on Wednesday,

22   February 26, 2020, beginning at 10:04 a.m. and

23   concluding on the same day.

24

25   Job No. 177226
```

Confidential

Page 2

1

2    APPEARANCES:

3

4    ON BEHALF OF THE PLAINTIFFS:
          Gregory Weston, Esq.
5         The Weston Firm
          1405 Morena Boulevard
6         San Diego, California   92110

7

8

     ON BEHALF OF THE DEFENDANT:
9         Jacob Harper, Esq.
          Heather Canner, Esq.
10        Davis Wright Tremaine
          865 South Figueroa Street
11        Los Angeles, California   90017

12

13

14

15

16   ALSO PRESENT:

17        Kim Bower

18                      - - -

19

20

21

22

23

24

25

Confidential

1    room.

2            MR. WESTON:  I could use a break too.

3            (Recess taken.)

4            THE WITNESS:  So I do have a correction on

5    something that I answered earlier.

6    BY MR. WESTON:

7        Q.   Go ahead.

8        A.   So the correction I had is to the e-mails

9    that were searched.  I remember some names that have

10   been searched.  Scott Janszen, Ken Dixon, Re'An

11   Geis, Rosie.  Her last name Zappa- --

12   Zappa-something.  I can't remember her name.  I

13   apologize.  Kelley Jacobs, Kim Bower, and Tameka

14   Carr.  Those are the names I remember.  There may

15   have -- there may be others.

16       Q.   Was there something that refreshed your

17   memory?

18       A.   Just remembering all the information we

19   went through.

20       Q.   Okay.  Who is Scott Tanson?

21       A.   Scott Janszen with a "J" --

22       Q.   Janszen.

23       A.   -- is the former senior category strategy

24   manager for these categories.

25       Q.   So when we were talking about the -- the

# EXHIBIT 11

Confidential

Page 1

 1          IN THE UNITED STATES DISTRICT COURT

 2          SOUTHERN DISTRICT OF CALIFORNIA

 3                    – – –

 4

    Shavonda Hawkins, on      :
 5  behalf of herself and all :
    others similarly          :
 6  situated,                 :
                              :
 7          Plaintiffs,       : Civil Action
                              : No. 15CV2320 JM BLM
 8      vs.                   :
                              :
 9  The Kroger Company,       :
                              :
10          Defendant.        :

11                    – – –
                **CONFIDENTIAL**
12          Deposition of Kim Bower, a 30(b)(6)

13  witness herein, called by the Plaintiffs for

14  examination under the applicable rules of Federal

15  Civil Court Procedure, taken before me, Linda D.

16  Riffle, Registered Diplomate Reporter, Certified

17  Realtime Reporter, Certified Realtime Captioner, and

18  Notary Public in and for the State of Ohio, pursuant

19  to notice and stipulations of counsel hereinafter

20  set forth, at Regus, 300 East Business Way, Suite

21  200, Cincinnati, Ohio, on Wednesday,

22  February 26, 2020, beginning at 2:29 p.m. and

23  concluding on the same day.

24

25  Job No. 177226

Confidential

1  grounds to the extent this question is asking for

2  information that was communicated or shared between

3  you and the attorneys.  But other than that, go

4  ahead and answer the question.

5          THE WITNESS:  I have no information

6  specifically on Topic 6.

7  BY MR. WESTON:

8      Q.   Okay.  Are you aware of any evidence that

9  Kroger Bread Crumbs sold in San Diego in the second

10 half of 2015 had PHO in them?

11     A.   I'm not aware of that, no.

12     Q.   And similar question:  Are you aware of

13 any evidence that Kroger Bread Crumbs sold in

14 San Diego in the second half of 2015 did not have

15 trans fat in them?

16     A.   I'm not aware of anything of that, no.

17     Q.   For -- do you know of any instances that

18 Kroger Private Label products had inaccurate

19 ingredient lists in the 2008 to 2016 time period?

20     A.   On what specific products?

21     Q.   I guess the question is:  Do you know of

22 it ever happening on any product?

23     A.   Not that I'm aware of.

24     Q.   Are the suppliers obligated to tell Kroger

25 if they are changing the ingredients on a Kroger

Page 13

1   Private Label product?

2        A.   Yes.   The supplier needs to make us aware

3   if they change the information on the package.

4        Q.   Do they have to give Kroger advance notice

5   that they want to do this?

6        A.   My team changes the information based on

7   the information that is presented to us from the

8   supplier, so we would have advance notice because we

9   have to obtain that information from them to make

10  those changes.

11       Q.   For an ingredient change, how long does

12  that process take from the supplier first saying "We

13  want to change the ingredients.   This is our new

14  list" to your approval of that change?

15       A.   You have to be more specific because it's

16  going to vary from product to product, from supplier

17  to supplier.

18       Q.   I'll -- how about this.   What is the best

19  case, the fastest things might go from the time the

20  supplier tells you the ingredients are going to

21  change to the time that you have a new printed label

22  that you have approved and is actually going to

23  market?

24            MR. HARPER:   Objection.   Incomplete

25  hypothetical.   Calls for speculation.

# EXHIBIT 12

## Audit Trail

| Case/Address ID | Table Seq | Phone Seq | Column Name | Date Changed | Changed By | Changed From | Changed To | category_id |
|---|---|---|---|---|---|---|---|---|
| Case 12328104 | Letter 2 | | date_sent | 10/28/2019 11:45:14 | bh70422 - Brittany Harris | NULL | 10/28/2019 11:45:14 | HF3 |
| Case 12328104 | Letter 2 | | | 10/28/2019 11:43:36 | bh70422 - Brittany Harris | (New Record) | | |
| Case 12328104 | Issue 1 | | Supplier | 06/20/2012 14:05:20 | sl36447 - Sandra Lynch | 202 | 1920 | C17 |
| Case 12328104 | Case Header | | Case Text | 06/20/2012 10:37:13 | t53590 - Tanika Winston | Label says no trans fat, ingredient state partially hydrogenated vegetable oil. | Label says no trans fat, ingredient states partially hydrogenated vegetable oil. | GF4 |

TKC 000195



1014 Vine Street
Cincinnati, Ohio 45202-1100
Phone (800) 632-6900

## Case Main

| | |
|---|---|
| Received Date: 06/18/2012 17:46:45 | Closed Date: 06/18/2012 17:50:29 |
| Contact Source: Customer | Contact Method: Phone - Other |
| Initial Rep: db89701 | Resp. Rep: db89701 |
| Transfer To: | Case Number: 12328104 |

## Customer

| | |
|---|---|
| Name: | Shopper Card: |
| Company Name: | Additional Card: |
| Address: | Company Name: |
| Address: | E-mail: |
| City: San Mateo | Additional Email: |
| State: Zip/Post: 94403 | Customer Handling: |
| Country: USA | |
| Phone:　HOME | Phone:　HOME |

## Issue

| | | |
|---|---|---|
| Reason: CSC PR CB PL C | Reason: Product Label-Unspecified | Reason: |
| Store: 704-00353 | Product: 1111081877 | Digital Product: |
| Store: 1401 Broadway St | Product: KRO ITALIAN BREAD CRUMBS 15 OZ | Digital Product: |
| Employee Name: | Brand Name: | Other Product Desc: |
| Inc. Date/Time: 06/18/2012 | MFG Code: | Recall: |
| Coupon Detail: | Technologist2: | Recall: |
| Customer Sentiment: Negative | Purchased/Pickup: | Claim Status: |

## Text

| | | |
|---|---|---|
| Concern | {case_text.date_added is NULL} | Label says no trans fat, ingredient states partially hydrogenated vegetable oil. |

TKC 000196