# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No.: 15cv2320 JM(AHG)<br><br>**ORDER ON EX-PARTE MOTION** |

On August 4, 2020, Plaintiff filed an *Ex Parte* Motion for Leave to File Reply to Kroger's Supplemental Brief in Opposition to Class Certification. (Doc. No. 229.) Plaintiff contends that after she filed her supplemental brief, the Ninth Circuit issued *Greene v. Harley-Davidson, Inc.*, 965 F.3d 767, (9th Cir. 2020), that this case directly addresses issues before the court, and had she been given the opportunity she would have extensively cited it.

Accordingly, the court **GRANTS IN PART**[1], Plaintiff's *ex-parte* motion and orders as follows:

---

[1] Plaintiff's motion is denied to the extent she is seeking permission to file the Reply attached to the *ex-parte* motion. (*See* Doc. No. 229-2 at 2-8.)

1

1. Plaintiff has up to an including **August 10, 2020**, to file a reply limited to addressing the holding in *Greene*.

2. Defendant has up to and including **August 17, 2020**, to file a sur-reply.

The briefs are not to exceed **3 pages**, excluding any exhibits.

IT IS SO ORDERED.

Dated: August 5, 2020

Hon. Jeffrey T. Miller
United States District Judge