UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No.:  15-cv-2320-JM-AHG<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEY FEES (ECF No. 148)** |

On November 13, 2020, the Court conducted settlement calls with counsel in this matter in light of the district judge's recent order on motion for class certification (ECF No. 263). The case did not settle, but the Court agreed to allow supplemental briefing on Plaintiff's pending motion for attorney fees (ECF No. 148).

Accordingly, the Court orders as follows:

1. Plaintiff shall supplement her motion for attorney fees on or before **December 18, 2020**.

2. Defendant shall supplement its opposition to Plaintiff's motion on or before **January 8, 2021**.

3. Each brief shall be limited to no more than ten (10) pages in length.

///

1

1  Thereafter, the Court will take the matter under submission in accordance with Civil
2  Local Rule 7.1(d)(1).
3  **IT IS SO ORDERED.**
4  Dated: November 13, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge