UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated, | Case No.:  15-cv-2320-JM-AHG |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE FOR JOINT MOTION** |
| v. | |
| THE KROGER COMPANY, | |
| Defendant. | |

On November 23, 2020, the Court held a telephonic discovery conference with counsel in this matter regarding Plaintiff Shavonda Hawkins's ("Plaintiff") request that Defendant The Kroger Company ("Defendant") de-designate certain documents marked as "confidential." After conferring with the parties, the Court sets the following briefing schedule for a joint motion regarding this issue:

1. Plaintiff shall provide her portion of the joint motion to Defendant on or before **December 7, 2020**.

2. Also on or before **December 7, 2020**, Plaintiff shall save unredacted versions of the disputed documents on a USB thumb drive and provide it to Defendant for review.

3. Defendant shall provide its portion of the joint motion to Plaintiff on or before **December 14, 2020**.

4. Plaintiff shall file the completed joint motion by **December 16, 2020**. On the same date, Plaintiff shall deliver the USB drive to chambers so that the Court may review the documents *in camera*.

5. Each side's portion of the joint motion shall be limited to no more than seven (7) pages in length. Additional exhibits may be attached. The Court will take the matter under submission in accordance with Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  November 23, 2020

Honorable Allison H. Goddard
United States Magistrate Judge

15-cv-2320-JM-AHG