UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No.: 15cv2320 JM(AHG)<br><br>**ORDER ON MOTION TO SEAL** |

On November 20, 2020, Defendant filed a motion to file under seal limited information within Exhibit 1 (Excerpts of January 3, 2020 Deposition Transcript of Shavonda Hawkins) to the Declaration of Jacob M. Harper in support of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment. (Doc. No. 273.) The information Defendant seeks to seal relates to Plaintiff's testimony regarding her confidential health and medical information. (*Id.*)

Accordingly, the court **GRANTS** the motion to file under seal limited information within Exhibit 1.

IT IS SO ORDERED.

Dated: November 23, 2020

Hon. Jeffrey T. Miller
United States District Judge