UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No.: 15cv2320 JM(AHG)<br><br>**ORDER ON MOTION TO SEAL** |

On November 20, 2020, Plaintiff filed a motion to file unredacted versions of Plaintiff's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment ("Memorandum") and the Declaration of Gregory S. Weston in support of Plaintiff's Motion for Partial Summary Judgment ("Weston Declaration") along with several attached exhibits under seal. (Doc. No. 278.)

In support of the motion, Plaintiff contends that although it is her view that there is nothing in the documents that qualifies for sealing, Defendant is requesting the documents be sealed as they contain information designated by Kroger as "confidential." Plaintiff asserts that: "Kroger contends these documents are properly sealed because they include sensitive competitive business information, including marketing and label design decisions and design processes, product formulation, and supplier details, all of which Kroger believes could be used by competitors to harm Kroger." (Doc. No. 278-1 at 3.)

Once protected discovery documents are made part of a dispositive motion, "they lose their status of being raw fruits of discovery" and no longer enjoy protected status without some overriding interests in favor of keeping the material confidential. *Foltz v. State Farm Mut. Auto. Ins. Co.* 331 F.3d 1122, 1136 (9th Cir. 2003). Having reviewed the motion itself and the exhibits in question, the court does not find compelling reasons to file any of the documents under seal on the broad grounds set forth.

Accordingly, the court **DENIES** Plaintiff's motion to seal. Having found no compelling reason exists to seal the documents, the Clerk of Court shall publicly file the documents lodged under seal at Docket Number 279 and 279-1.

IT IS SO ORDERED.

Dated: November 23, 2020

Hon. Jeffrey T. Miller
United States District Judge