DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jharper@dwt.com*
Nicole S. Phillis (SBN 291266)
*nicolephillis@dwt.com*
Heather F. Canner (SBN 292837)
*heathercanner@dwt.com*
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Defendant
THE KROGER COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

THE KROGER COMPANY,

Defendant.

Case No. 3:15-cv-2320-JM-AHG
Assigned to the Hon. Jeffrey T. Miller

**KROGER'S EVIDENTIARY OBJECTIONS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**[*Opposition and Declaration of Jacob M. Harper and exhibits Filed Concurrently*]**

Date: January 4, 2021
Time: 10:00 a.m.
Dept.: 5D

Action Filed: October 15, 2015

**KROGER'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EVIDENCE**

| Exhibit No. | Description | Kroger's Objections | Ruling |
|---|---|---|---|
| 7 | Julie Louise Gerberding, *Safer Fats for Healthier Hearts: The Case for Eliminating Dietary Artificial Trans Fat Intake*, 151 Ann. Intern. Med. 137–138 (2009) | (i) Lacks Foundation, Plaintiff Shavonda Hawkins does not lay sufficient foundation for this article, which is written by a non-testifying author.<br><br>(ii) Hearsay, Fed. R. Evid. 800, 801. The document is inadmissible hearsay (and Hawkins has not laid the foundation, nor can she, for an exception under Fed. R. Evid. 803(18)).<br><br>(iii) Expert Testimony, Fed. R. Evid. 702 & *Daubert*. The article purports to present information that is only the proper subject of expert testimony and must therefore meet the stringent requirements for | Sustained ______<br>Overruled ______ |

| Exhibit No. | Description | Kroger's Objections | Ruling |
|---|---|---|---|
| | | expert witness testimony under Fed. R. Evid. 702 and *Daubert*. | |
| N/A, but cited throughout Hawkins's Motion (Dkt. 186-4 at Ex. 15) | Expert Report of Dr. Nathan Wong | (i) Expert Testimony, Fed. R. Evid. 702 & *Daubert*. The proffered expert testimony of Dr. Nathan Wong, as disclosed in his expert report, should be excluded for the reasons laid out in Kroger's Motion to Exclude Expert Testimony of Nathan Wong (Dkt. 185, 186). | Sustained ______<br>Overruled ______ |

DATED: December 4, 2020

DAVIS WRIGHT TREMAINE LLP

By: /s/ Jacob M. Harper
Jacob M. Harper

*Attorneys for Defendant*
*The Kroger Company*

**CERTIFICATE OF SERVICE**

*Shavonda Hawkins v. The Kroger Company*
U.S.D.C. Southern District of California Case No. 3:15-cv-2320-JM-BLM

I the undersigned, declare:

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

On December 4, 2020, I served true copies of the following documents described as**:**

**KROGER'S EVIDENTIARY OBJECTIONS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2020, at Los Angeles, California.

/s/ Jacob M. Harper
Jacob M. Harper