UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>                                    Defendant. | Case No.:  3:15-cv-2320-JM-AHG<br><br>**ORDER SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Following an unsuccessful Mandatory Settlement Conference on February 12, 2021, the undersigned issued a Mediator's Proposal to settle the case on a class-wide basis. On February 26, 2021, the parties accepted the Mediator's Proposal.

On March 19, 2021, the Court held a Telephonic Status Conference to discuss the status of the settlement, and to set a filing deadline for the joint motion for preliminary approval of the settlement. Counsel reported that Plaintiff's counsel had provided a draft settlement agreement approximately one week ago, which defense counsel was still in the process of reviewing with his client, but the draft agreement appears consistent with the terms of the Mediator's Proposal and no barriers to finalizing the settlement are apparent. Counsel represented that the parties would be able to prepare a motion for preliminary approval of the settlement within 30 days.

Accordingly, the Court **SETS** a deadline of **April 19, 2021** to file a joint motion for preliminary approval of the settlement. A proposed order granting the motion must be emailed to the assigned District Judge's chambers on the same day.

**IT IS SO ORDERED.**

Dated: March 19, 2021

_Allison H. Goddard_
Honorable Allison H. Goddard
United States Magistrate Judge