**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Class Counsel**

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No: 3:15-cv-02320-JM-AHG<br><br>**DECLARATION OF GAJAN RETNASABA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: The Honorable Jeffrey T. Miller<br>Date: June 7, 2021<br>Time: 10:00 a.m.<br>Location: Courtroom 5D |

I, Gajan Retnasaba, declare:

1. I am a Partner at Classaura LLC, a class action administration firm. I have been the project lead on cases including *Mason v. Heel*, *Hilsley v. Ocean Spray Cranberries*, and *In re Quaker Oats Labeling Litigation*. I founded the popular class action advocacy website ClassActionRebates.com. My prior experience includes being a litigation associate at Jones Day and a senior associate at McKinsey & Company. I hold a J.D. from Harvard Law School and a Bachelor of Engineering from the University of New South Wales.

2. I have been asked by Class Counsel in this action to prepare a plan for class notice and distribution, should judgment for a plaintiff class create a common fund for the class.

**SETTLEMENT WEBSITE**

3. I will create a settlement website which will include both a summary and long-form versions of the settlement notice, that will describe the settlement, describe the process for making claims, for objecting to the settlement, and for opting out of the settlement. It will also give notice that an attorney fee application will be made and describe how class members may obtain a copy of the fee application from the administrator or online, and how they may oppose the application.

4. The website would allow claims to be made entirely online with a form where class members can file their claim, including uploading proof of purchase if applicable. The claim form will be secured using 128-bit encryption, which is the commercial standard. Claim data will be stored in a secure database. The website will also allow class members to download claim forms that can be printed and submitted by mail.

5. The website will provide email, phone, and postal contacts for class members to request further information, hard copies of information, or help in the claim filing process. The website will be updated as needed. For class members who are unwilling or unable to use the website or make claims online, the settlement notice, in

1 both its long and summary forms, and claim forms will be provided via a toll-free
2 telephone number.

### CLASS NOTICE

6. Facebook is, by far, the media outlet where Californians spend the most time, with approximately 29 million registered users in the state who use the site at least once per month.

7. Our Facebook ads will provide a notice that a settlement affects the rights of buyers of Kroger Bread Crumbs and funds are available for online claims. The ads will be published 8,750,000 times on Facebook, limited to adult California users of Facebook, and partially targeted to users who are women and over the age of 25. The notice will also include a link to the class website where consumers can learn more about the lawsuit.

8. Facebook enables advertising to be published to unique individuals so that duplicate advertisements are not shown to the same person. Thus, the campaign will reach an estimated 8.75 million California users.

### PRESS RELEASE

9. PR Newswire is a national press release service used by journalists as a source for news. Press releases sent through PR Newswire often end up as articles in news media websites such as CNBC.com, MarketWatch.com, Reuters.com, Yahoo.com and local media affiliates of the major television networks ABC, NBC, and CBS. The press release will contain information about the class settlement and the address for the dedicated settlement website. I recommend the publication of a national press release on PR Newswire.

10. I further recommend that details of the settlement be forwarded to class action advocacy websites (such as TopClassActions.com and ClassActionRebates.com) that are frequently used by members of the public interested in keeping updated on their eligibility for settlements.

**CLRA NOTICE**

11.     California's Consumers Legal Remedies Act (CLRA §1781) requires published notice in a newspaper of general circulation in the county of the transaction, once a week for four consecutive weeks. Accordingly, I will arrange the publication of the summary notice in an approved San Diego County newspaper of general circulation.

**METHODS FOR PREVENTING PAYMENT OF ERRONEOUS, DUPLICATIVE, AND FRAUDULENT CLAIMS**

12.     We will use several methods to prevent payment of invalid claims.

13.     To prevent duplication, all online claims will be loaded into an electronic database. Claims received by mail would be manually entered into the same database. An algorithm would then be run to identify duplicate entries, including those that are not exact duplicates, but involve small variations in names or addresses.

14.     One type of erroneous claim is an incomplete claim. To the extent possible, the information contained within the incomplete claims will be used to notify the submitter of the incomplete claim. A second type of erroneous claim is one that does not match with a database of United States addresses. Where possible, these addresses will be corrected, or individuals will be contacted and encouraged to resubmit a correct claim.

15.     Fraudulent claims are less significant in cases such as this where monetary payments are relatively small. Moreover, merely requiring claims forms be submitted under "penalty of perjury" substantially deters fraud. Nonetheless, fraud can be further reduced by utilizing fraud detection techniques and rejecting fraudulent claims. The claims database will be queried to report signs of fraud such as: (1) multiple online claims made from the same Internet Protocol ("IP") address; (2) multiple highly similar claims, (3) claims requesting payment be sent to penal institutions, and (4) requiring claims that request payment be sent to an address outside California provide proof of their residence in California during the class period. Such claims will be subject to further manual review.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on April 20, 2021, in Atlanta, GA.

Gajan Retnasaba

DATED: April 20, 2021                    Respectfully Submitted,

/s/ Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON

**Class Counsel**

*Hawkins v. The Kroger Company,* Case No. 3:15-cv-02320-JM-AHG
DECLARATION OF GAJAN RETNASABA