**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

<u>Class Counsel</u>

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No: 3:15-cv-02320-JM-AHG<br>Pleading Type: Class Action<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1405 Morena Blvd., Suite 201, San Diego, CA 92110. On August 2, 2021, I served the documents described below:

1. PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES, COSTS, AND AN INCENTIVE AWARD

2. PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION AND MOTION FOR ATTORNEY FEES, COSTS, AND AN INCENTIVE AWARD

3. DECLARATION OF GREGORY S. WESTON AND EXHIBITS THERETO

by Notice of Electronic Filing, which is a notice generated by the CM/ECF System at the time the document above was filed with the Court, to lead counsel listed by CM/ECF as *"ATTORNEY TO BE NOTICED."*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 2, 2021 in San Diego, California.

DATED: August 2, 2021

/s/ Gregory Weston
**THE WESTON FIRM**
GREGORY S. WESTON

**Class Counsel**