**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Class Counsel**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVONDA HAWKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>Defendant. | Case No: 3:15-cv-02320-JM-AHG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: The Honorable Jeffery T. Miller<br>Date: November 15, 2021<br>Time: 10:00 a.m.<br>Location: Courtroom 5D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 15, 2021 at 10:00 a.m. or as soon thereafter as she may be heard, in Courtroom 5D of the U.S. District Court located at 221 W. Broadway, San Diego, CA 92101, Plaintiff Shavonda Hawkins will, and hereby does, respectfully move this Court for an order granting final approval of her Class Action Settlement Agreement.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and (b)(2) and is based on this Notice, the accompanying Memorandum of Points and Authorities, the attached Declarations of Gregory S. Weston and Gajan Retnasaba and exhibits thereto, the Proposed Final Approval Order, the pleadings and papers on file herein, and such other matters as may be presented to the Court at the time of the hearing.

DATED: October 4, 2021

Respectfully Submitted,

/s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Class Counsel**

1

*Hawkins v. The Kroger Company,* Case No. 3:15-cv-02320-JM-AHG
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT